IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD WADE ARCHITECTS, P.C., ) <br> on behalf of plaintiff and ) <br> the class members defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALPH WELLS and D'NARDA WELLS ) <br> doing business as ) <br> WELLS SPIRAL STAIRS, ) <br> WELLS & ASSOCIATES, INC. ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 13 C 8038 <br><br> Judge Holderman <br> Magistrate Judge Cole |

## STIPULATION OF DISMISSAL

Plaintiff Richard Wade Architects, P.C. and Defendants Ralph Wells and D'Narda Wells doing business as Wells Spiral Stairs and Wells & Associates, Inc. by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Richard Wade Architects, P.C.'s individual claims against Defendants Ralph Wells and D'Narda Wells doing business as Wells Spiral Stairs and Wells & Associates, Inc. with prejudice and without costs. Plaintiff Richard Wade Architects, P.C.'s class claims against Defendants Ralph Wells and D'Narda Wells doing business as Wells Spiral Stairs and Wells & Associates, Inc. are dismissed without prejudice and without costs. Plaintiff Richard Wade Architects, P.C.'s claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Joseph R. Ziccardi (w/ permission) |
| Daniel A. Edelman | Joseph R. Ziccardi |
| Heather Kolbus | Brendon I. Martin |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | ZICCARDI LAW OFFICES 77 W. Washington Street |
| 120 S. LaSalle Street, 18th Floor | Suite 705 |
| Chicago, IL 60603 | Chicago, IL 60602 |
| (312) 739-4200 | (312) 372-3477 |
| (312) 419-0379 (FAX) | (312) 372-4684 (FAX) |

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on September 18, 2014, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

    Joseph R. Ziccardi (jziccardi@ziccardilaw.com)
    Brendon I. Martin (bmartin@ziccardilaw.com)
    ZICCARDI LAW OFFICES
    77 W. Washington Street, Suite 705
    Chicago, IL 60602


                                           s/Heather Kolbus
                                           Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)